**Dismissed and Opinion Filed January 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01366-CV

### NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS, Appellant
### V.
### MICHAEL LOYA, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-05-10049-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

In its notice of appeal, appellant states it is appealing the trial court's "August 31, 2017 denial of its Application for Writ of Scire Facias." By letter dated December 28, 2017, the Court questioned its jurisdiction over this appeal as the clerk's record did not contain a signed order on the application for writ of scire facias. We instructed appellant to file, by January 9, 2018, a letter brief addressing our concern and cautioned that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a response.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id.*

Appellate timetables run from the date the appealable order or judgment is signed. *See* TEX. R. APP. P. 26.1.

The record before this Court does not contain a final judgment or other appealable order. Without a judgment or other appealable order, there is nothing for this Court to review. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171366F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NATIONAL JUDGMENT RECOVERY
CENTER, L.P. AS ASSIGNEE OF
UNIFUND CCR PARTNERS, Appellant

No. 05-17-01366-CV        V.

MICHAEL LOYA, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-05-10049-E.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MICHAEL LOYA recover his costs of this appeal from appellant NATIONAL JUDGMENT RECOVERY CENTER, L.P. AS ASSIGNEE OF UNIFUND CCR PARTNERS.

Judgment entered January 29, 2018.